# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID SIDHOM,
                Appellant,

vs.

MELANIE WENTE,
                Respondent.

No. 78373

**FILED**

APR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order entered in a marriage dissolution case. Eighth Judicial District Court, Family Court Division, Clark County; Cheryl B. Moss, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). The order denies an order to show cause on a temporary basis, issues a "no contact" order between the parties, modifies an order for temporary support, sets a settlement conference date, directs appellant to file his work-search journals, and directs the parties to prepare their tax returns. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule

provides for an appeal from the challenged order. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Cheryl B. Moss, District Judge, Family Court Division
David Sidhom
Robert Blau, Esq., PLLC
Eighth District Court Clerk